**FILED**

2014 AUG 28 PM 12: 49

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HARPETH RIVER WATERSHED ASSOCIATION, | ) ) |
| | ) |
| Plaintiff, | ) ) |
| | ) Case No. _____ |
| v. | ) |
| | ) JURY DEMAND |
| CARTWRIGHT CREEK LLC, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR CIVIL PENALTIES

### I. INTRODUCTION

1.     This is a civil action brought pursuant to the Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.* ("the Clean Water Act"), specifically 33 U.S.C. § 1365(a)(1), to prevent the owner and operator of a sewage treatment plant from continuing to operate in violation of the Clean Water Act.

2.     Plaintiff Harpeth River Watershed Association ("Watershed Association") seeks a declaratory judgment, injunctive relief, civil penalties, and any other relief this Court deems appropriate to correct the recurring, unpermitted discharges of pollutants in violation of the Clean Water Act by Defendant Cartwright Creek, LLC ("Defendant"), which owns and operates the Cartwright Creek–Grasslands Sewage Treatment Plant ("Sewage Treatment Plant").

3.     Defendant's past and continuing unpermitted discharges and permit violations have a significant impact on water quality, aquatic life, and human health, and have harmed and will continue to harm the Harpeth River and the interests of the Watershed Association.

## II.    JURISDICTION AND VENUE

4.    The Watershed Association brings this enforcement action under the citizen suit provision of the Clean Water Act, 33 U.S.C. § 1365. This Court has subject matter jurisdiction over this action pursuant to 33 U.S.C. § 1365, 28 U.S.C. §§ 1331, 2201 and 1355, and it has personal jurisdiction over the parties.

5.    The Watershed Association has complied with the statutory notice requirements under § 505 of the Clean Water Act, 33 U.S.C. § 1365(b)(1)(A), and the corresponding regulations at 40 C.F.R. §§ 135.2 and 135.3. On January 13, 2014, Plaintiff provided Defendant with notice of the violations specified in this Complaint and of Plaintiff's intent to file suit after sixty days should those violations continue. This notice was effectuated by sending a letter ("60-day Notice") via email and certified mail to:

> Cartwright Creek, LLC
> 1551 Thompson's Station Road West
> Thompson's Station, TN 37179
>
> Mr. Bruce Meyer
> Operations Manager, Regional Manager & Registered Agent
> Cartwright Creek, LLC
> 1551 Thompson's Station Road West
> Thompson's Station, TN 37179
>
> Sheaffer Wastewater Solutions, LLC
> Manger, Cartwright Creek, LLC
> 800 Roosevelt Road, Suite A120
> Glen Ellyn, IL 60137
>
> Sheaffer International, LLC
> c/o Corporation Service Company
> 2711 Centerville Rd, Suite 400
> Wilmington, DE 19808

True and correct copies of the 60-day notice letter and return receipts are attached and incorporated in their entirety by reference as **EXHIBIT 1**.

6.     The Watershed Association also sent a copy of the 60-day Notice to the Administrator of the United States Environmental Protection Agency ("EPA"), the Acting Regional Administrator of EPA Region 4, and the Commissioner of the Tennessee Department of Environment and Conservation ("TDEC").

7.     More than sixty days have passed since the letter was served on Defendant, as well as on state and federal agencies.

8.     Upon information and belief, the EPA has neither commenced nor is diligently prosecuting any court action or administrative proceeding to redress the violations described in the 60-day Notice and alleged in this Complaint.

9.     In April 2014, TDEC issued a Commissioner's Order against Defendant to address violations of the Tennessee Water Quality Control Act, Tenn. Code Ann. § 69-3-101 *et seq.* However, the Tennessee Water Quality Control Act is not comparable to the Clean Water Act so as to trigger the Section 1319(g)(6) bar. Further, neither Tennessee's Water Quality Control Board nor the TDEC rise to the level of a Federal or State court so as to preclude enforcement by this citizen's suit.

10.    The violations identified in the 60-day Notice that are the subject of this action are continuing at this time and are reasonably likely to continue in the future.

11.    Venue is proper in this Court pursuant to 33 U.S.C. § 1365(c)(1) because the source of the violations is located within this judicial district. The Cartwright Creek-Grasslands Sewage Treatment Plant is located on the Harpeth River in the River Rest Subdivision in Franklin, Williamson County, Tennessee 37069. Its mailing address is 1551 Thompson's Station Rd. West, P.O. Box 147, Thompson's Station, TN 37179, but it is located near Cartwright Creek at the end of Recreation Road, Franklin, TN 37069. NPDES Permit No. TN0027278 authorizes

the discharge of wastewater from Outfall 001 into the Harpeth River at river mile 68.8. The facility and Outfall 001 at river mile 68.8 are where a majority of the violations identified in this letter have occurred. Violations also occurred at overflow sites (*i.e.*, where sewage was released from any portion of the collection, transmission, or treatment system other than through permitted outfalls), as more specifically described *infra*, also within this judicial district.

12.     Venue is also proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) because Defendant is a business operating within this judicial district, and pursuant to 28 U.S.C. § 1391(b)(2) because the events and omissions giving rise to the claims alleged in this complaint— that is, the Clean Water Act violations—occurred in and around the Harpeth River, within this judicial district.

### III.     PARTIES

13.     Plaintiff Harpeth River Watershed Association is a "citizen" pursuant to the Clean Water Act, capable of bringing a citizen suit under the citizen suit provisions of the Clean Water Act, 33 U.S.C. § 1365.

14.     The Watershed Association is a § 501(c)(3) non-profit public interest organization with its headquarters in Brentwood, Tennessee. The Watershed Association and its members are concerned about contamination of the Harpeth River and about threats to wildlife and wildlife habitat posed by the pollutants in Defendant's discharge. They live, work, fish, swim, boat, view wildlife, engage in nature study and scientific study, and participate in other forms of recreation in and around the Harpeth River; Defendant's discharges impair these uses.

15.     Defendant Cartwright Creek, LLC is a corporation doing business in Williamson County, Tennessee and is a "person" subject to suit under the Clean Water Act. 33 U.S.C. § 1362(5). *See also* 33 U.S.C. § 1362(4). Defendant, a Tennessee manager-managed limited

liability corporation, has its principal office in Glen Ellyn, Illinois. Sheaffer International LLC, is Defendant's manager, which is a corporation owned by Stahelin Enterprises, Inc., an Illinois corporation.

16.     Defendant owns and operates the Cartwright Creek-Grasslands Sewage Treatment Plant, the facility and sewer system that constitute the source of the violations described below.

17.     Defendant's Sewage Treatment Plant has a design flow of 0.25 million gallons per day ("MGD").

## IV.     FACTUAL BACKGROUND

18.     The Harpeth River flows in a generally southeast-to-northwest direction for 125 miles through middle Tennessee and is partially designated as a State Scenic River. Tenn. Code Ann. §§ 11-13-101(b); 11-13-104. The Harpeth River is a seasonably variable stream and experiences extremely low flow conditions of less than one cubic foot per second during average summer months.

19.     The stretch of the Harpeth River that receives Defendant's discharge is identified by the code TN05130204009_3000. It is 16.8 miles long and begins downstream from downtown Franklin, Tennessee. This segment is currently classified for the following uses: Domestic Water Supply, Industrial Water Supply, Fish and Aquatic Life, Recreation, Livestock Watering and Wildlife, and Irrigation. Tenn. Comp. R. & Regs. 0400-40-04-.12 (2014). It appears on Tennessee's list of waterways that do not meet water quality standards under the Clean Water Act. 33 U.S.C. § 1313; 40 C.F.R. § 130.10 ("the § 303(d) list").

20.     The Harpeth River is listed as impaired for its classified uses because of "low dissolved oxygen" and "phosphorus," which are impairments caused by a "Municipal Point

Source" and "Discharges from MS4 [Municipal Separate Storm Sewer System] area." *Final Version Year 2012 303(d) List*, Tenn. Dept. Env't & Conservation, at 37 (Jan. 2014).

21.     Nutrients like nitrogen and phosphorus are pollutants because they "are necessary to support aquatic life, but excess nutrients create conditions leading to eutrophication and hypoxia, in which oxygen concentrations fall below the level necessary to sustain most within and near-bed animal life." *Definition of "Waters of the United States" Under the Clean Water Act*, 79 Fed. Reg. 22188-01 (proposed Apr. 21, 2014).

22.     The Harpeth River has excessive levels of nutrients, which causes problems at the watershed level, but the need to control local nutrient input has regional and national implications because their aggregate impact can be devastating for commercial and recreational fisheries. *See* 79 Fed. Reg. 22,228 (Apr. 21, 2014).

23.     Under authority of the Tennessee Water Quality Control Act and the authority delegated to the State of Tennessee from the U.S. Environmental Protection Agency, the Tennessee Department of Environment and Conservation ("TDEC") has issued and renewed a National Pollutant Discharge Elimination System ("NPDES") permit to Defendant for its Sewage Treatment Plant. *See* 33 U.S.C. § 1342(b); Tenn. Code Ann. § 69-3-101 *et seq.*

24.     Defendant is allowed to operate its Sewage Treatment Plant only pursuant to NPDES permit number TN0027278, which authorizes the discharge wastewater from Outfall 001 into the Harpeth River at approximately river mile 68.8. *State of Tennessee NPDES Permit No. TN0027278* (Issued October 22, 2010) (hereafter "*Cartwright Creek NPDES Permit (2010)*") (a true and exact copy of this permit is attached as **EXHIBIT 2**).

25.     The current version of Defendant's NPDES permit became effective in 2010, pursuant to the permitting requirements of the Clean Water Act, 33 U.S.C. § 1342, and expired

on November 30, 2011. It has been administratively extended by TDEC pending the issuance of a new permit for which Defendant has applied.

26. More than a decade ago, to fulfil its obligation to administer and enforce the Clean Water Act as it relates to water quality, the State of Tennessee recommended numeric interpretations of the narrative water quality standard for nutrients for each of Tennessee's ecoregions (*i.e.*, areas with similar ecosystems and types, qualities, and quantities of environmental resources). Denton, Arnwine & Wang, *Development of Regionally-Based Interpretations of Tennessee's Narrative Nutrient Criteria*, Tenn. Dept. Env't & Conservation, at 49 (Aug. 2001) (hereafter "*Regionally-Based Interpretations*").

27. Defendant's Sewage Treatment Plant is located in an area designated Level IV Ecoregion 71h. *Harpeth TMDL*, p. 6; Tenn. Comp. R. & Regs. 0400-40-03-.03(5) (defining ecoregion).

28. According to *Regionally-Based Interpretations*, in Tennessee's Ecoregion 71h, the recommended numeric interpretation of the narrative criterion for Total Phosphorus is 0.18 milligrams per liter ("mg/l").

29. Defendant's permit limit for Total Phosphorus, by contrast, provides that it can discharge up to a 3.5, 4.0, or 5.7 mg/l (monthly average concentration) in the summer (May through October), depending on its reuse; there is no limit on how much phosphorus Defendant is permitted to discharge during the winter (November through April).

30. When a waterbody is "impaired," the state or federal agency responsible for enforcing the Clean Water Act must develop a Total Maximum Daily Load ("TMDL") for each pollutant that prevents the waterbody from attaining water quality standards. The TMDL is a plan that helps identify sources of impairment and "quantifies the amount of a pollutant that can

be assimilated in a waterbody." *See* 40 C.F.R. § 130.2(h) (2002). *See also* 40 C.F.R. § 130.2(i) (2014). "Such load shall be established at a level necessary to implement the applicable water quality standards with seasonal variations and a margin of safety which takes into account any lack of knowledge concerning the relationship between effluent limitations and water quality." 33 U.S.C. § 1313(d)(1)(C) (2014).

31.     Harpeth River TMDL for "Organic Enrichment/Low Dissolved Oxygen" was finalized a decade ago, in 2004. It set annual loads for nitrogen and dissolved oxygen. It did not establish a wasteload allocation for phosphorus in the lower Harpeth River.

## V.     CLAIMS FOR RELIEF: VIOLATIONS OF THE CLEAN WATER ACT, TENNESSEE WATER QUALITY CONTROL ACT, AND ALL IMPLEMENTING REGULATIONS

### ALLEGATIONS COMMON TO ALL CLAIMS

32.     Paragraphs 1-31 are hereby incorporated by reference as if rewritten in their entirety.

33.     As owner and operator of the Cartwright Creek–Grasslands Sewage Treatment Plant, Defendant is responsible for the violations of the Clean Water Act alleged herein.

34.     At all times relevant hereto, Defendant was and is responsible for complying with all applicable requirements of the Rules of the Tennessee Department of Environment and Conservation, the Tennessee Water Quality Control Act, and the Clean Water Act concerning the discharge of pollutants into the Harpeth River and its tributaries. 33 U.S.C. § 1317(a); *Cartwright Creek NPDES Permit*, § 3.10 (2010).

35.     Prior to filing this lawsuit, the Watershed Association notified Defendant that Defendant's pollutant discharges and permit non-compliance violate the Clean Water Act and interfere with the Watershed Association's rights.

36.     The purpose of providing defendants with notice of intent to sue is to provide an opportunity to come into compliance without the need for litigation. Defendant has failed to correct all violations cited by the Watershed Association. As a result, Plaintiff and its members continue to suffer irreparable injury as a result of the discharges of Defendant's pollutants into the Harpeth River. The Watershed Association's remedies at law are inadequate to stop the continuing discharges by Defendant.

37.     The Harpeth River and its tributaries are waters of the United States or have a significant nexus to waters of the United States and thus are navigable waters as defined by the Clean Water Act and controlling authority. 33 U.S.C. § 1362(7); 40 C.F.R. § 122.2.

38.     The objective of the Clean Water Act is to "restore and maintain the chemical, physical, and biological integrity of the Nation's waters." 33 U.S.C. § 1251(a). To accomplish that objective, Congress set the national goal that "the discharge of pollutants into the navigable waters be eliminated . . . ." *Id.*

39.     Section 301 of the Clean Water Act, 33 U.S.C. § 1311(a), prohibits the discharge of any pollutant from any point source to waters of the United States, except for discharges in compliance with a NPDES permit issued pursuant to Section 402 of the Clean Water Act, 33 U.S.C. § 1342.

40.     The Clean Water Act gives regulators the authority to require permittees to undertake tasks to further the Act's goal to "restore and maintain the chemical, physical, and biological integrity of the Nation's waters," 33 U.S.C. § 1251(a), "including but not limited to . . . developing or assisting in the development of any effluent limitation, or other limitation, prohibition, or effluent standard, pretreatment standard, or standard of performance under this chapter . . . ." 33 U.S.C. § 1318(a)(A).

41.     Because an NPDES permit provides a limited exception to the prohibition on discharging pollutants, a permit holder must strictly comply with the terms of its permit.

42.     The issuance of an NPDES permit "does not convey any property rights in either real or personal property, or any exclusive privileges, nor does it authorize any injury to private property or any invasion of personal rights, nor any infringement of federal, state, or local laws or regulations." *Cartwright Creek NPDES Permit* § 2.1.6 (2010).

43.     Each violation of an NPDES permit—and each "discharge of any pollutant" that is not authorized by a permit—constitute a separate violation of the Clean Water Act. *See, e.g.*, 33 U.S.C. § 1319(d) ("penalty . . . per day for each violation"); 33 U.S.C. §§ 1311(a), 1342(a), 1365(f). *See also* 40 C.F.R. § 122.41(a). *Accord* Tenn. Comp. R. & Regs. 1200-04-05-.07(2)(a)).

44.     The "discharge of any pollutant" means "any addition of any pollutant to navigable waters from any point source . . . ." 33 U.S.C. § 1362(12). The term "pollutant" includes sewage, garbage, sewage sludge, chemical wastes, biological materials, heat, and industrial, municipal, and agricultural waste discharged into water." 33 U.S.C. § 1362(6). The term "point source" includes "any discernible, confined and discrete conveyance" from which pollutants may be discharged, including "any pipe, ditch, channel, tunnel, conduit, well [and] discrete fissure." *Id.* § 1362(14). The term "effluent limitation" means "any restriction established by a State or the Administrator on quantities, rates, and concentrations of chemical, physical, biological, and other constituents which are discharged from point sources into navigable waters, the waters of the contiguous zone, or the ocean, including schedules of compliance." 33 U.S.C. § 1362(11).

45. Nothing precludes a state from adopting or enforcing requirements which are more stringent or more extensive than those required under the Clean Water Act and its implementing regulations. 40 C.F.R. § 123.1(i)(1).

46. Water quality-based effluent limitations are incorporated into NPDES permits if technology-based limitations alone are not sufficient to ensure compliance with applicable water quality standards. 33 U.S.C. §§ 1311(b)(1)(C), 1312(a), 1313(e)(3)(A); 40 C.F.R. § 122.44(d). Each permit must include requirements necessary to achieve water quality standards under the Clean Water Act, including state narrative criteria for water quality. 40 C.F.R. §§ 122.44(d)(1).

47. The purpose of a water quality standard, as defined in the Clean Water Act, is to ensure that, wherever attainable, water quality provides for their use and value for public water supplies, propagation of fish and wildlife, and recreational purposes, among other uses. 33 U.S.C. § 1313(c)(2)(A); 33 U.S.C. § 1251(a)(2).

48. Tennessee water quality standards provide that, "Waters have many uses which in the public interest are reasonable and necessary. Such uses include: sources of water supply for domestic and industrial purposes; propagation and maintenance of fish and other aquatic life; recreation in and on the waters including the safe consumption of fish and shellfish; livestock watering and irrigation; navigation; generation of power; propagation and maintenance of wildlife; and the enjoyment of scenic and aesthetic qualities of waters." Tenn. Comp. R. & Regs. 0400-40-03.02(2) (2014).

49. Defendant's NPDES permit provides that, "The wastewater discharge shall not contain pollutants in quantities that will be hazardous or otherwise detrimental to humans, livestock, wildlife, plant life, or fish and aquatic life in the receiving stream." *Cartwright Creek NPDES Permit* § 1.1 (2010). It also informs that, "notwithstanding this Permit, it shall be the

responsibility of the permittee to conduct its wastewater treatment and/or discharge activities in a manner such that public or private nuisances of health hazards will not be created." *Cartwright Creek NPDES Permit* § 2.4.1 (2010).

50.    Further, Defendant's NPDES permit incorporates Tennessee's "Antidegradation Statement" into Defendant's obligations for permit compliance. *Cartwright Creek NPDES Permit* § 3.6 (2010). *See* 40 C.F.R. § 131.12 (2014). *See* Tenn. Comp. R. & Regs. 0400-40-03-.06 (2014).

51.    Defendant's permit informs: "Any permit noncompliance constitutes a violation of applicable state and federal laws and is grounds for enforcement action, permit termination, permit modification, or denial of permit reissuance." *Cartwright Creek NPDES Permit* § 2.3.1 (2010).

52.    Defendant's permit requires that, "In the case of any noncompliance which could cause a threat to public drinking supplies, or any other discharge which could constitute a threat to human health or the environment," the permittee must notify TDEC within 24 hours of becoming aware of the circumstances. *Cartwright Creek NPDES Permit* § 2.3.2(a) (2010).

53.    The NPDES permitting program relies primarily on self-reporting by permittees to determine compliance. As such, Defendant is required to record and submit Discharge Monitoring Reports ("DMRs") and Monthly Operating Reports ("MORs") to show it is in compliance with the permit. *Cartwright Creek NPDES Permit* §§ 1.3.1, 1.3.4 (2010).

54.    Reports must be signed and certified. *Cartwright Creek NPDES Permit* § 1.3.1 (2010). *See also* 40 C.F.R. § 122.22(d) (requiring certification by authorized agent of permittee that information submitted with DMR is "true, accurate, and complete"); Tenn. Comp. R. & Regs. 1200-04-10-.03(e)(4) (2013); Tenn. Comp. R. & Regs. 0400-40-05-.07(f) (2014).

55.     Defendant must report any permit non-compliance on its DMRs. *Cartwright Creek NPDES Permit* § 2.3.2 (2010).

56.     Based on Defendant's own public reports to TDEC, Defendant has a long-standing and continuing history of unauthorized discharges from the Sewage Treatment Plant and its sewer system into the Harpeth River and other waters of the United States, such as discharges of excess pollutants, wet and dry weather overflows, and bypasses.

57.     Based on Defendant's own public reports to TDEC, Defendant has a long-standing and continuing history of non-compliance with its NPDES permit, including failure to develop or implement a nutrient management plan and failure to operate its plant in accordance with its permit.

58.     Each of Defendant's unauthorized discharges of pollutants is a violation of the terms of its discharge permit, and thus a violation of the Clean Water Act.

59.     Each of Defendant's failures to comply with the terms of its discharge permit is a violation of the Clean Water Act.

60.     The Clean Water Act allows enforcement of a state's permit water quality provisions. *See* 33 U.S.C. §§ 1365(a)(1), 1365(f), 1342(b).

61.     Section 505 of the Clean Water Act authorizes any citizen to commence a civil action "against any person . . . who is alleged to be in violation of . . . an effluent standard or limitation . . . ." 33 U.S.C. § 1365(a)(1).

62.     Such enforcement action under Clean Water Act § 505, 33 U.S.C. § 1365, includes an action seeking remedies for violation of "a permit or condition thereof issued under section 1342 of this title," that is, under section 402 of the Clean Water Act. 33 U.S.C. § 1365(f).

63.     Section 505(a) of the Clean Water Act authorizes an action for injunctive relief. 33 U.S.C. § 1365(a).

64.     Each separate violation of the Clean Water Act subjects the violator to a penalty of up to $37,500 per day per violation for all violations occurring after January 12, 2009, pursuant to Sections 309(d) and 505(a) of the Clean Water Act. 33 U.S.C. § 1319(d) (Availability of Civil Monetary Penalties); 40 C.F.R. § 19.4 (Adjustment of Civil Monetary Penalties for Inflation).

65.     Section 505(d) of the Clean Water Act, 33 U.S.C. § 1365(d), permits prevailing or substantially prevailing parties to recover litigation costs, including attorney fees and expert witness fees.

66.     Based on Defendant's past history of noncompliance with its NPDES Permit, and continuing violation thereof from the time of the 60-day notice to the present, it is reasonably likely that Defendant's illegal discharges will continue to occur in the absence of a remedy provided by this Court.

67.     Continuing commission of the acts and omissions alleged herein irreparably harms the waters, as well as Harpeth River Watershed Association and its members, for which harm they have no adequate remedy at law

68.     These types of continued violations may have a significant impact on water quality, aquatic life, and human health.

### COUNT 1: NUMERIC VIOLATIONS AND OVERFLOWS

69.     Paragraphs 1-68 are hereby incorporated by reference as if rewritten in their entirety.

70.     Section 1.1's of Defendant's permit contains effluent limitations which limits the discharge of certain enumerated pollutants into the Harpeth River.

71.     In addition, "[A]ny release of sewage from any portion of the collection, transmission, or treatment system other than through permitted outfalls" is called an "overflow." Overflows are prohibited. *Cartwright Creek NPDES Permit*, § 2.3.3(a), (b) (2010).

72.     Microbial pathogens, toxics, and other pollutants present in overflows can cause or contribute to water quality impairment, contamination of drinking water supplies, and other environmental and human health problems.

73.     Defendant's permit requires it to submit monthly reports to TDEC with a "summary report of known or suspected instances of overflows in the collection system or bypass of wastewater treatment facilities." *Cartwright Creek NPDES Permit* § 1.3.5.1 (2010).

74.     "The [overflow] report must contain the date and duration of the instances of overflow and/or bypassing and the estimated quantity of wastewater released and/or bypassed." *Cartwright Creek NPDES Permit* § 1.3.5.1 (2010).

75.     Defendant's own records submitted under oath to TDEC show that Defendant violated its NPDES permit's prohibition on overflows and reporting requirements for overflows, as reflected in the following chart:

| Date of Violation(s) | Permit Parameter Violated | Permit Limit | Reported on DMR (or MOR) | Additional Detail from DMR, MOR or Noncompliance Report |
|---|---|---|---|---|
| July 22, 2009 | Daily Total Suspended Solids % removal min. | 40% | (15.8%) | DMR states 98.1% |
| September 1 - September 30, 2009 | Monthly Carbonaceous Biochemical Oxygen Demand lb/day avg. | 10 | 12 | MOR states 11.6 |
| September 1 - September 30, 2009 | Monthly Total Suspended Solids % removal avg. | 85% | (84.3%) | DMR states 86.5% |

| Date of Violation(s) | Permit Parameter Violated | Permit Limit | Reported on DMR (or MOR) | Additional Detail from DMR, MOR or Noncompliance Report |
|---|---|---|---|---|
| September 27 - October 3, 2009 | Weekly Carbonaceous Biochemical Oxygen Demand lb/day avg. | 16 | 16.1 | MOR indicates 17.1 lb/day average |
| September 27 - October 3, 2009 | Weekly Total Suspended Solids lb/day avg. | 83 | (87.96) | DMR states 74.8 |
| November 24, 2009 | Daily Dissolved Oxygen mg/L min. | 6 | 5.5 | |
| February 1-5, 8-12, 15-19, 22-26, 2010 | Daily Chlorine mg/L max. | 0.25 | 0.60 | MOR indicates 20 days in violation, not 15 as on DMR |
| March 1 - March 31, 2010 | Monthly Total Suspended Solids % removal avg. | 85% | 75.5% | |
| November 1 - November 30, 2010 | Monthly Total Suspended Solids % removal avg. | 85% | 80.4% | |
| December [?], 2010 | Bypass | 0 | 1 | Listed on DMR but not on MOR, no noncompliance report, date and location unknown |
| December 1 - December 31, 2010 | Monthly Total Suspended Solids % removal avg. | 85% | 75.3% | |
| May 1 - May 31, 2011 | Monthly Total Suspended Solids % removal avg. | 85% | 82.1% | |
| July 7, 2011 | Daily Chlorine mg/L max. | 0.24 | 0.41 | |
| July 1 - July 31, 2011 | Monthly Total Suspended Solids % rem. avg. | 85% | 83.9% | |
| December 1 - December 31, 2011 | Monthly Total Suspended Solids % removal avg. | 85% | 77.1% | |
| January 4, 2012 | Daily Chlorine mg/L max. | 0.24 | 0.30 | |
| January 1 - January 31, 2012 | Monthly Total Suspended Solids % removal avg. | 85% | 82.6% | |
| February 1 - February 29, 2012 | Monthly Total Suspended Solids % removal avg. | 85% | 81.6% | |
| April 27, 2012 | Daily Chlorine mg/L max. | 0.24 | 9.00 | |

| Date of Violation(s) | Permit Parameter Violated | Permit Limit | Reported on DMR (or MOR) | Additional Detail from DMR, MOR or Noncompliance Report |
|---|---|---|---|---|
| May 1, 2012 | Daily Chlorine mg/L max. | 0.24 | 0.60 | |
| May 6 - May 12, 2012 | Weekly Carbonaceous Biochemical Oxygen Demand lb/day avg. | 15 | 18.05 | |
| May 13 - May 19, 2012 | Weekly Carbonaceous Biochemical Oxygen Demand lb/day avg. | 15 | (15.2) | 2nd weekly violation of month not noted on DMR |
| May 1 - May 31, 2012 | Monthly Carbonaceous Biochemical Oxygen Demand lb/day avg. | 10 | 13.4 | |
| May 1 - May 31, 2012 | Monthly Total Nitrogen mg/L avg. | 1.9 | 3.1 | |
| May 27 - June 2, 2012 | Weekly Carbonaceous Biochemical Oxygen Demand lb/day avg. | 15 | 16.55 | |
| June 3 - June 9, 2012 | Weekly Carbonaceous Biochemical Oxygen Demand lb/day avg. | 15 | (16.3) | 2nd weekly violation of month not noted on DMR |
| June 1 - June 30, 2012 | Monthly Total Nitrogen mg/L avg. | 1.9 | (1.92) | DMR states 1.9 |
| July 1 - July 31, 2012 | Monthly Total Nitrogen mg/L avg. | 1.9 | (1.92) | DMR states 1.9 |
| Aug. 1 - Aug. 31, 2012 | Monthly Total Nitrogen mg/L avg. | 1.9 | 4.5 | |
| September 1 - September 30, 2012 | Monthly Total Nitrogen mg/L avg. | 1.9 | 4.6 | MOR states 4.51 |
| October 1 - October 31, 2012 | Monthly Total Nitrogen mg/L avg. | 1.9 | 5.6 | MOR states 4.58 |
| December 23 - December 29, 2012 | Weekly Total Suspended Solids lb/day avg. | 83 | 97.2 | |
| December 1 - December 31, 2012 | Monthly Total Suspended Solids % removal avg. | 85% | 84.7% | |
| January 7, 2013 | Daily Total Suspended Solids % removal min. | 40% | 15% | |
| January 15, 2013 | Daily Total Suspended Solids % removal min. | 40% | (10%) | MOR indicates 10% daily removal not shown by DMR |
| January 1 - | Monthly Total Suspended | 85% | 83.7% | MOR states 83.5% |

| Date of Violation(s) | Permit Parameter Violated | Permit Limit | Reported on DMR (or MOR) | Additional Detail from DMR, MOR or Noncompliance Report |
|---|---|---|---|---|
| January 31, 2013 | Solids % removal avg. | | | |
| February 1 - February 28, 2013 | Monthly Total Suspended Solids % removal avg. | 85% | 84.0% | MOR states 82.6% |
| March [?], 2013 | Dry Weather Overflow | 0 | 1 | Listed on DMR but not on MOR, no noncompliance report, date and location unknown |
| March 1 - March 31, 2013 | Monthly Total Suspended Solids % removal avg. | 85% | 83% | |
| April 1, 2013 | Dry Weather Overflow | 0 | 0 | Not indicated in DMR or MOR, but in noncompliance report; 1035 Boxwood Drive |
| May 14, 2013 | Daily Total Suspended Solids % removal min. | 40% | 33.3% | |
| May 14, 2013 | Dry Weather Bypass | 0 | 1 | DMR lists excursion & footnotes algae in effluent on 5/14; no MOR or other indication of bypass |
| September 19, 2013 | Daily Dissolved Oxygen mg/L min. | 6 | 5.9 | |

76.     Each day of the period (daily, weekly, or monthly) of violations constitutes a separate violation of the permit and of the Clean Water Act.

77.     Defendant's efforts have been inadequate to prevent recurrent illegal discharges. These discharges are therefore likely to continue. Plaintiff and its members have suffered damage and continue to suffer damage as a result of Defendant's actions described in this count. These actual and potential injuries have been, are being, and will continue to be caused by the illegal discharges from the sewage collection system into waters of the United States. The relief

sought herein will redress the harms to the Harpeth River Watershed Association and its members caused by Defendant's discharges. Their injuries will not be redressed except by an order from this Court requiring Defendant to take immediate and substantial action to stop the illegal discharges of pollutants into the Harpeth River and to comply with such other relief as this Court deems necessary.

## COUNT 2: MONITORING VIOLATIONS

78.     Paragraphs 1-77 are hereby incorporated by reference as if rewritten in their entirety.

79.     Defendant's own records submitted under oath to TDEC show that Defendant violated its NPDES permit's requirement that all discharges "shall be . . . monitored . . . as specified" in § 1.1, as reflected in the following chart. The first two columns of the chart show the date of the violations and the number of days *Cartwright Creek* was in violation. The next columns show the *"Parameter Violated"* (*i.e.*, the monitoring provision violated during the relevant monitoring period); the *"Monitoring Required by the Permit"* (*i.e.*, the minimum number of measurements per monitoring period); and the *"Monitoring Actually Reported"* (*i.e.*, the actual number of measurements performed by the permittee during the monitoring period, as listed in the permittee's MOR and used in the permittee's DMR to satisfy the permit's reporting requirements).[1]

| Date of Violations | Parameter Violated | Monitoring Required by Permit | Monitoring Actually Reported |
|---|---|---|---|
| May 31 - June 6, 2009 | Effluent Carbonaceous Biochemical Oxygen Demand monitoring | 3/week | 0/week |
| May 31 - June 6, 2009 | Influent Carbonaceous Biochemical Oxygen Demand monitoring | 3/week | 0/week |

---

[1] The last DMRs and MORs available were October 2013.

| Date of Violations | Parameter Violated | Monitoring Required by Permit | Monitoring Actually Reported |
|---|---|---|---|
| May 31 - June 6, 2009 | Effluent Total Suspended Solids monitoring | 3/week | 0/week |
| May 31 - June 6, 2009 | Influent Total Suspended Solids monitoring | 3/week | 0/week |
| June 28 - July 4, 2009 | Effluent Carbonaceous Biochemical Oxygen Demand monitoring | 3/week | 0/week |
| June 28 - July 4, 2009 | Influent Carbonaceous Biochemical Oxygen Demand monitoring | 3/week | 0/week |
| June 28 - July 4, 2009 | Effluent Total Suspended Solids monitoring | 3/week | 0/week |
| June 28 - July 4, 2009 | Influent Total Suspended Solids monitoring | 3/week | 0/week |
| August 2 - August 8, 2009 | Effluent Chlorine monitoring | 5/week | 0/week |
| August 9 - August 15, 2009 | Effluent Chlorine monitoring | 5/week | 0/week |
| August 16 - August 22, 2009 | Effluent Chlorine monitoring | 5/week | 0/week |
| August 23 - August 29, 2009 | Effluent Chlorine monitoring | 5/week | 0/week |
| August 30 - September 5, 2009 | Effluent Chlorine monitoring | 5/week | 4/week |
| August 30 - September 5, 2009 | Effluent Dissolved Oxygen monitoring | 5/week | 4/week |
| November 22 - November 28, 2009 | Effluent Chlorine monitoring | 5/week | 4/week |
| March 28 - April 3, 2010 | Effluent Carbonaceous Biochemical Oxygen Demand monitoring | 3/week | 2/week |
| March 28 - April 3, 2010 | Influent Carbonaceous Biochemical Oxygen Demand monitoring | 3/week | 2/week |
| April 25 - May 1, 2010 | Effluent Carbonaceous Biochemical Oxygen Demand monitoring | 3/week | 0/week |
| April 25 - May 1, 2010 | Influent Carbonaceous Biochemical Oxygen Demand monitoring | 3/week | 0/week |
| May 2 - May 8, 2010 | Effluent Carbonaceous Biochemical Oxygen Demand monitoring | 3/week | 0/week |
| May 2 - May 8, 2010 | Influent Carbonaceous Biochemical Oxygen Demand monitoring | 3/week | 0/week |
| May 2 - May 8, 2010 | Effluent Ammonia as Nitrogen monitoring | 3/week | 0/week |
| May 2 - May 8, 2010 | Influent Total Suspended Solids monitoring | 3/week | 0/week |
| May 2 - May 8, 2010 | Effluent Total Suspended Solids | 3/week | 0/week |

| Date of Violations | Parameter Violated | Monitoring Required by Permit | Monitoring Actually Reported |
|---|---|---|---|
| | monitoring | | |
| May 2 - May 8, 2010 | Effluent Settleable Solids monitoring | 5/week | 2/week |
| May 2 - May 8, 2010 | Effluent Dissolved Oxygen monitoring | 5/week | 1/week |
| May 2 - May 8, 2010 | Effluent pH monitoring | 5/week | 1/week |
| May 2 - May 8, 2010 | Effluent *E. coli* monitoring | 3/week | 0/week |
| May 2 - May 8, 2010 | Effluent Chlorine monitoring | 5/week | 0/week |
| May 9 - May 15, 2010 | Effluent Chlorine monitoring | 5/week | 0/week |
| May 16 - May 22, 2010 | Effluent Chlorine monitoring | 5/week | 0/week |
| May 23 - May 29, 2010 | Effluent Chlorine monitoring | 5/week | 0/week |
| May 30 - June 5, 2010 | Effluent Chlorine monitoring | 5/week | 4/week |
| August 1 - August 7, 2010 | Effluent Chlorine monitoring | 5/week | 4/week |
| August 8 - August 14, 2010 | Effluent *E. coli* monitoring | 3/week | 1/week |
| September 5 - September 11, 2010 | Effluent pH monitoring | 5/week | 4/week |
| January 9 - January 15, 2011 | Effluent Settleable Solids monitoring | 5/week | 4/week |
| January 16 - January 22, 2011 | Effluent Settleable Solids monitoring | 5/week | 4/week |
| February 13 - February 19, 2011 | Effluent Settleable Solids monitoring | 5/week | 4/week |
| January 1 - March 31, 2011 | Quarterly Influent Total Nitrogen mg/L monitoring | 1/quarter | 0/quarter |
| January 1 - March 31, 2011 | Quarterly Effluent Total Nitrogen mg/L monitoring | 1/quarter | 0/quarter |
| January 1 - March 31, 2011 | Quarterly Influent Total Phosphorus mg/L monitoring | 1/quarter | 0/quarter |
| January 1 - March 31, 2011 | Quarterly Effluent Total Phosphorus mg/L monitoring | 1/quarter | 0/quarter |
| January 1 - March 31, 2011 | Quarterly Total Nitrogen % removal monitoring | 1/quarter | 0/quarter |
| January 1 - March 31, 2011 | Quarterly Total Phosphorus % removal monitoring | 1/quarter | 0/quarter |
| January 1 - March 31, 2011 | Quarterly Effluent Total Nitrogen lb/day monitoring | 1/quarter | 0/quarter |
| January 1 - March 31, 2011 | Quarterly Effluent Total Phosphorus lb/day monitoring | 1/quarter | 0/quarter |

| Date of Violations | Parameter Violated | Monitoring Required by Permit | Monitoring Actually Reported |
|---|---|---|---|
| April 3 - April 9, 2011 | Effluent *E. coli* monitoring | 5/week | 2/week |
| April 10 - April 16, 2011 | Effluent *E. coli* monitoring | 5/week | 2/week |
| April 17 - April 23, 2011 | Effluent *E. coli* monitoring | 5/week | 2/week |
| April 24 - April 30, 2011 | Effluent *E. coli* monitoring | 5/week | 4/week |
| May 1 - May 31, 2011 | Total Nitrogen monitoring | 2/month | 1/month |
| May 1 - May 31, 2011 | Total Phosphorus monitoring | 2/month | 1/month |
| May 1 - May 31, 2011 | Insoluble Total Kjeldahl Nitrogen monitoring[2] | 2/month | 0/month |
| May 1 - May 31, 2011 | Insoluble Phosphorus monitoring | 2/month | 0/month |
| June 1 - June 30, 2011 | Total Phosphorus monitoring | 2/month | 1/month |
| April 1 - June 30, 2011 | Quarterly Influent Total Nitrogen mg/L monitoring | 1/quarter | 0/quarter |
| April 1 - June 30, 2011 | Quarterly Effluent Total Nitrogen mg/L monitoring | 1/quarter | 0/quarter |
| April 1 - June 30, 2011 | Quarterly Influent Total Phosphorus mg/L monitoring | 1/quarter | 0/quarter |
| April 1 - June 30, 2011 | Quarterly Effluent Total Phosphorus mg/L monitoring | 1/quarter | 0/quarter |
| April 1 - June 30, 2011 | Quarterly Total Nitrogen % removal monitoring | 1/quarter | 0/quarter |
| April 1 - June 30, 2011 | Quarterly Total Phosphorus % removal monitoring | 1/quarter | 0/quarter |
| April 1 - June 30, 2011 | Quarterly Effluent Total Nitrogen lb/day monitoring | 1/quarter | 0/quarter |
| April 1 - June 30, 2011 | Quarterly Effluent Total Phosphorus lb/day monitoring | 1/quarter | 0/quarter |
| June 26 - July 2, 2011 | Effluent Chlorine monitoring | 5/week | 4/week |

---

[2] For each of the "Insoluble Total Kjeldahl Nitrogen monitoring" and "Insoluble Phosphorus monitoring" entries in this chart, the HRWA characterizes the "monitoring actually reported" as "0/month." These parameters require twice monthly monitoring and reporting. Although Cartwright Creek reported "0.0" twice per month for these parameters on its MORs, Total Nitrogen and Total Phosphorus were not monitored on the same days.

| Date of Violations | Parameter Violated | Monitoring Required by Permit | Monitoring Actually Reported |
|---|---|---|---|
| June 26 - July 2, 2011 | Effluent Settleable Solids monitoring | 5/week | 4/week |
| July 24 - July 30, 2011 | Effluent Settleable Solids monitoring | 5/week | 4/week |
| August 7 - August 13, 2011 | Effluent Dissolved Oxygen monitoring | 5/week | 4/week |
| August 7 - August 13, 2011 | Effluent pH monitoring | 5/week | 4/week |
| August 7 - August 13, 2011 | Effluent Chlorine monitoring | 5/week | 4/week |
| August 1 - August 31, 2011 | Insoluble Total Kjeldahl Nitrogen monitoring | 2/month | 0/month |
| August 1 - August 31, 2011 | Insoluble Phosphorus monitoring | 2/month | 0/month |
| August 28 - September 3, 2011 | Influent Carbonaceous Biochemical Oxygen Demand monitoring | 3/week | 2/week |
| August 28 - September 3, 2011 | Effluent Carbonaceous Biochemical Oxygen Demand monitoring | 3/week | 2/week |
| August 28 - September 3, 2011 | Effluent Settleable Solids monitoring | 5/week | 4/week |
| September 11 - September 17, 2011 | Influent Carbonaceous Biochemical Oxygen Demand monitoring | 3/week | 2/week |
| September 11 - September 17, 2011 | Effluent Carbonaceous Biochemical Oxygen Demand monitoring | 3/week | 2/week |
| September 11 - September 17, 2011 | Effluent Dissolved Oxygen monitoring | 5/week | 4/week |
| September 11 - September 17, 2011 | Effluent Chlorine monitoring | 5/week | 4/week |
| September 18 - September 24, 2011 | Effluent Ammonia as Nitrogen monitoring | 3/week | 2/week |
| September 1 - September 30, 2011 | Insoluble Total Kjeldahl Nitrogen monitoring | 2/month | 0/month |
| September 1 - September 30, 2011 | Insoluble Phosphorus monitoring | 2/month | 0/month |
| July 1 - September 30, 2011 | Quarterly Influent Total Nitrogen mg/L monitoring | 1/quarter | 0/quarter |
| July 1 - September 30, 2011 | Quarterly Effluent Total Nitrogen mg/L monitoring | 1/quarter | 0/quarter |
| July 1 - September 30, 2011 | Quarterly Influent Total Phosphorus mg/L monitoring | 1/quarter | 0/quarter |
| July 1 - September 30, 2011 | Quarterly Effluent Total Phosphorus mg/L monitoring | 1/quarter | 0/quarter |
| July 1 - September | Quarterly Total Nitrogen % removal | 1/quarter | 0/quarter |

| Date of Violations | Parameter Violated | Monitoring Required by Permit | Monitoring Actually Reported |
|---|---|---|---|
| 30, 2011 | monitoring | | |
| July 1 - September 30, 2011 | Quarterly Total Phosphorus % removal monitoring | 1/quarter | 0/quarter |
| July 1 - September 30, 2011 | Quarterly Effluent Total Nitrogen lb/day monitoring | 1/quarter | 0/quarter |
| July 1 - September 30, 2011 | Quarterly Effluent Total Phosphorus lb/day monitoring | 1/quarter | 0/quarter |
| September 25 - October 1, 2011 | Influent Carbonaceous Biochemical Oxygen Demand monitoring | 3/week | 2/week |
| September 25 - October 1, 2011 | Effluent Carbonaceous Biochemical Oxygen Demand monitoring | 3/week | 2/week |
| September 25 - October 1, 2011 | Influent Total Suspended Solids monitoring | 3/week | 2/week |
| September 25 - October 1, 2011 | Effluent Total Suspended Solids monitoring | 3/week | 2/week |
| October 16 - October 22, 2011 | Effluent Dissolved Oxygen monitoring | 5/week | 4/week |
| October 16 - October 22, 2011 | Effluent pH monitoring | 5/week | 4/week |
| October 16 - October 22, 2011 | Effluent Chlorine monitoring | 5/week | 3/week |
| October 23 - October 29, 2011 | Effluent Settleable Solids monitoring | 5/week | 4/week |
| October 23 - October 29, 2011 | Effluent Dissolved Oxygen monitoring | 5/week | 4/week |
| October 23 - October 29, 2011 | Effluent pH monitoring | 5/week | 4/week |
| October 1 - October 31, 2011 | Insoluble Total Kjeldahl Nitrogen monitoring | 2/month | 0/month |
| October 1 - October 31, 2011 | Insoluble Phosphorus monitoring | 2/month | 0/month |
| October 30 - November 5, 2011 | Effluent Ammonia as Nitrogen monitoring | 3/week | 2/week |
| October 30 - November 5, 2011 | Effluent Dissolved Oxygen monitoring | 5/week | 4/week |
| October 30 - November 5, 2011 | Effluent pH monitoring | 5/week | 4/week |
| October 30 - November 5, 2011 | Effluent Chlorine monitoring | 5/week | 4/week |
| October 30 - November 5, 2011 | Effluent *E. coli* monitoring | 5/week | 4/week |
| November 20 - November 26, 2011 | Influent Total Suspended Solids monitoring | 3/week | 2/week |

| Date of Violations | Parameter Violated | Monitoring Required by Permit | Monitoring Actually Reported |
|---|---|---|---|
| November 20 - November 26, 2011 | Effluent Total Suspended Solids monitoring | 3/week | 2/week |
| November 1 - November 30, 2011 | Total Nitrogen monitoring | 2/month | 1/month |
| November 1 - November 30, 2011 | Total Phosphorus monitoring | 2/month | 1/month |
| December 1 - December 31, 2011 | Total Nitrogen monitoring | 2/month | 0/month |
| December 1 - December 31, 2011 | Total Phosphorus monitoring | 2/month | 0/month |
| October 1 - December 31, 2011 | Quarterly Influent Total Nitrogen mg/L monitoring | 1/quarter | 0/quarter |
| October 1 - December 31, 2011 | Quarterly Effluent Total Nitrogen mg/L monitoring | 1/quarter | 0/quarter |
| October 1 - December 31, 2011 | Quarterly Influent Total Phosphorus mg/L monitoring | 1/quarter | 0/quarter |
| October 1 - December 31, 2011 | Quarterly Effluent Total Phosphorus mg/L monitoring | 1/quarter | 0/quarter |
| October 1 - December 31, 2011 | Quarterly Total Nitrogen % removal monitoring | 1/quarter | 0/quarter |
| October 1 - December 31, 2011 | Quarterly Total Phosphorus % removal monitoring | 1/quarter | 0/quarter |
| October 1 - December 31, 2011 | Quarterly Effluent Total Nitrogen lb/day monitoring | 1/quarter | 0/quarter |
| October 1 - December 31, 2011 | Quarterly Effluent Total Phosphorus lb/day monitoring | 1/quarter | 0/quarter |
| January 29 - February 4, 2012 | Influent Total Suspended Solids monitoring | 3/week | 2/week |
| January 29 - February 4, 2012 | Effluent Total Suspended Solids monitoring | 3/week | 2/week |
| January 29 - February 4, 2012 | Effluent *E. coli* monitoring | 5/week | 3/week |
| February 19 - February 25, 2012 | Influent Total Suspended Solids monitoring | 3/week | 2/week |
| February 19 - February 25, 2012 | Effluent Total Suspended Solids monitoring | 3/week | 2/week |
| February 19 - February 25, 2012 | Effluent Dissolved Oxygen monitoring | 5/week | 4/week |
| March 18 - March 24, 2012 | Influent Total Suspended Solids monitoring | 3/week | 2/week |
| March 18 - March 24, 2012 | Effluent Total Suspended Solids monitoring | 3/week | 2/week |
| March 25 - March | Effluent Chlorine monitoring | 5/week | 1/week |

| Date of Violations | Parameter Violated | Monitoring Required by Permit | Monitoring Actually Reported |
|---|---|---|---|
| 31, 2012 | | | |
| March 1 - March 31, 2012 | Total Nitrogen monitoring | 2/month | 0/month |
| March 1 - March 31, 2012 | Total Phosphorus monitoring | 2/month | 0/month |
| January 1 - March 31, 2012 | Quarterly Influent Total Nitrogen mg/L monitoring | 1/quarter | 0/quarter |
| January 1 - March 31, 2012 | Quarterly Effluent Total Nitrogen mg/L monitoring | 1/quarter | 0/quarter |
| January 1 - March 31, 2012 | Quarterly Influent Total Phosphorus mg/L monitoring | 1/quarter | 0/quarter |
| January 1 - March 31, 2012 | Quarterly Effluent Total Phosphorus mg/L monitoring | 1/quarter | 0/quarter |
| January 1 - March 31, 2012 | Quarterly Total Nitrogen % removal monitoring | 1/quarter | 0/quarter |
| January 1 - March 31, 2012 | Quarterly Total Phosphorus  % removal monitoring | 1/quarter | 0/quarter |
| January 1 - March 31, 2012 | Quarterly Effluent Total Nitrogen lb/day monitoring | 1/quarter | 0/quarter |
| January 1 - March 31, 2012 | Quarterly Effluent Total Phosphorus lb/day monitoring | 1/quarter | 0/quarter |
| April 8 - April 14, 2012 | Influent Total Suspended Solids monitoring | 3/week | 2/week |
| April 8 - April 14, 2012 | Effluent Total Suspended Solids monitoring | 3/week | 2/week |
| April 8 - April 14, 2012 | Effluent Dissolved Oxygen monitoring | 5/week | 4/week |
| May 1 - May 31, 2012 | Insoluble Total Kjeldahl Nitrogen monitoring | 2/month | 0/month |
| May 1 - May 31, 2012 | Insoluble Phosphorus monitoring | 2/month | 0/month |
| June 17 - June 23, 2012 | Influent Total Suspended Solids monitoring | 3/week | 2/week |
| June 17 - June 23, 2012 | Effluent Total Suspended Solids monitoring | 3/week | 2/week |
| June 1 - June 30, 2012 | Insoluble Total Kjeldahl Nitrogen monitoring | 2/month | 0/month |
| June 1 - June 30, 2012 | Insoluble Phosphorus monitoring | 2/month | 0/month |
| April 1 - June 30, 2012 | Quarterly Influent Total Nitrogen mg/L monitoring | 1/quarter | 0/quarter |
| April 1 - June 30, 2012 | Quarterly Effluent Total Nitrogen mg/L monitoring | 1/quarter | 0/quarter |

| Date of Violations | Parameter Violated | Monitoring Required by Permit | Monitoring Actually Reported |
|---|---|---|---|
| April 1 - June 30, 2012 | Quarterly Influent Total Phosphorus mg/L monitoring | 1/quarter | 0/quarter |
| April 1 - June 30, 2012 | Quarterly Effluent Total Phosphorus mg/L monitoring | 1/quarter | 0/quarter |
| April 1 - June 30, 2012 | Quarterly Total Nitrogen % removal monitoring | 1/quarter | 0/quarter |
| April 1 - June 30, 2012 | Quarterly Total Phosphorus % removal monitoring | 1/quarter | 0/quarter |
| April 1 - June 30, 2012 | Quarterly Effluent Total Nitrogen lb/day monitoring | 1/quarter | 0/quarter |
| April 1 - June 30, 2012 | Quarterly Effluent Total Phosphorus lb/day monitoring | 1/quarter | 0/quarter |
| July 1 - July 7, 2012 | Effluent *E. coli* monitoring | 5/week | 4/week |
| July 1 - July 31, 2012 | Insoluble Total Kjeldahl Nitrogen monitoring | 2/month | 0/month |
| July 1 - July 31, 2012 | Insoluble Phosphorus monitoring | 2/month | 0/month |
| August 19 - August 25, 2012 | Effluent *E. coli* monitoring | 5/week | 4/week |
| August 1 - August 31, 2012 | Insoluble Total Kjeldahl Nitrogen monitoring | 2/month | 0/month |
| August 1 - August 31, 2012 | Insoluble Phosphorus monitoring | 2/month | 0/month |
| August 26 - September 1, 2012 | Effluent Chlorine monitoring | 5/week | 4/week |
| September 2 - September 8, 2012 | Effluent Total Suspended Solids monitoring | 3/week | 2/week |
| September 16 - September 22, 2012 | Influent Total Suspended Solids monitoring | 3/week | 2/week |
| September 1 - September 30, 2012 | Insoluble Total Kjeldahl Nitrogen monitoring | 2/month | 0/month |
| September 1 - September 30, 2012 | Insoluble Phosphorus monitoring | 2/month | 0/month |
| July 1 - September 30, 2012 | Quarterly Influent Total Nitrogen mg/L monitoring | 1/quarter | 0/quarter |
| July 1 - September 30, 2012 | Quarterly Effluent Total Nitrogen mg/L monitoring | 1/quarter | 0/quarter |
| July 1 - September 30, 2012 | Quarterly Influent Total Phosphorus mg/L monitoring | 1/quarter | 0/quarter |
| July 1 - September 30, 2012 | Quarterly Effluent Total Phosphorus mg/L monitoring | 1/quarter | 0/quarter |
| July 1 - September 30, 2012 | Quarterly Total Nitrogen % removal monitoring | 1/quarter | 0/quarter |

| Date of Violations | Parameter Violated | Monitoring Required by Permit | Monitoring Actually Reported |
|---|---|---|---|
| July 1 - September 30, 2012 | Quarterly Total Phosphorus % removal monitoring | 1/quarter | 0/quarter |
| July 1 - September 30, 2012 | Quarterly Effluent Total Nitrogen lb/day monitoring | 1/quarter | 0/quarter |
| July 1 - September 30, 2012 | Quarterly Effluent Total Phosphorus lb/day monitoring | 1/quarter | 0/quarter |
| September 30 - October 6, 2012 | Effluent *E. coli* monitoring | 5/week | 3/week |
| October 1 - October 31, 2012 | Insoluble Total Kjeldahl Nitrogen monitoring | 2/month | 0/month |
| October 1 - October 31, 2012 | Insoluble Phosphorus monitoring | 2/month | 0/month |
| October 28 - November 3, 2012 | Influent Total Suspended Solids monitoring | 3/week | 2/week |
| October 28 - November 3, 2012 | Effluent Total Suspended Solids monitoring | 3/week | 2/week |
| December 23 - December 29, 2012 | Effluent Settleable Solids monitoring | 5/week | 4/week |
| December 23 - December 29, 2012 | Effluent Dissolved Oxygen monitoring | 5/week | 4/week |
| December 23 - December 29, 2012 | Effluent pH monitoring | 5/week | 4/week |
| December 23 - December 29, 2012 | Effluent Chlorine monitoring | 5/week | 4/week |
| December 23 - December 29, 2012 | Effluent *E. coli* monitoring | 5/week | 4/week |
| October 1 - December 31, 2012 | Quarterly Influent Total Nitrogen mg/L monitoring | 1/quarter | 0/quarter |
| October 1 - December 31, 2012 | Quarterly Effluent Total Nitrogen mg/L monitoring | 1/quarter | 0/quarter |
| October 1 - December 31, 2012 | Quarterly Influent Total Phosphorus mg/L monitoring | 1/quarter | 0/quarter |
| October 1 - December 31, 2012 | Quarterly Effluent Total Phosphorus mg/L monitoring | 1/quarter | 0/quarter |
| October 1 - December 31, 2012 | Quarterly Total Nitrogen % removal monitoring | 1/quarter | 0/quarter |
| October 1 - December 31, 2012 | Quarterly Total Phosphorus % removal monitoring | 1/quarter | 0/quarter |
| October 1 - December 31, 2012 | Quarterly Effluent Total Nitrogen lb/day monitoring | 1/quarter | 0/quarter |
| October 1 - December 31, 2012 | Quarterly Effluent Total Phosphorus lb/day monitoring | 1/quarter | 0/quarter |
| January 1 - January | Total Phosphorus hosphorus monitoring | 2/month | 1/month |

| Date of Violations | Parameter Violated | Monitoring Required by Permit | Monitoring Actually Reported |
|---|---|---|---|
| 31, 2013 | | | |
| January 27 - February 2, 2013 | Effluent Settleable Solids monitoring | 5/week | 4/week |
| February 17 - February 23, 2013 | Effluent Settleable Solids monitoring | 5/week | 4/week |
| February 17 - February 23, 2013 | Effluent Chlorine monitoring | 5/week | 4/week |
| February 1 - February 28, 2013 | Total Nitrogen monitoring | 2/month | 0/month |
| February 1 - February 28, 2013 | Total Phosphorus monitoring | 2/month | 0/month |
| March 3 - March 9, 2013 | Effluent *E. coli* monitoring | 5/week | 4/week |
| March 10 - March 16, 2013 | Effluent Settleable Solids monitoring | 5/week | 4/week |
| March 1 - March 31, 2013 | Total Nitrogen monitoring | 2/month | 0/month |
| March 1 - March 31, 2013 | Total Phosphorus monitoring | 2/month | 0/month |
| January 1 - March 31, 2013 | Quarterly Influent Total Nitrogen mg/L monitoring | 1/quarter | 0/quarter |
| January 1 - March 31, 2013 | Quarterly Effluent Total Nitrogen mg/L monitoring | 1/quarter | 0/quarter |
| January 1 - March 31, 2013 | Quarterly Influent Total Phosphorus mg/L monitoring | 1/quarter | 0/quarter |
| January 1 - March 31, 2013 | Quarterly Effluent Total Phosphorus mg/L monitoring | 1/quarter | 0/quarter |
| January 1 - March 31, 2013 | Quarterly Total Nitrogen % removal monitoring | 1/quarter | 0/quarter |
| January 1 - March 31, 2013 | Quarterly Total Phosphorus % removal monitoring | 1/quarter | 0/quarter |
| January 1 - March 31, 2013 | Quarterly Effluent Total Nitrogen lb/day monitoring | 1/quarter | 0/quarter |
| January 1 - March 31, 2013 | Quarterly Effluent Total Phosphorus lb/day monitoring | 1/quarter | 0/quarter |
| April 1 – April 30, 2013 | Total Nitrogen monitoring | 2/month | 0/month[3] |
| April 1 – April 30, 2013 | Total Phosphorus monitoring | 2/month | 0/month[4] |

[3] Unavailable/missing pages.

[4] Unavailable/missing pages.

| Date of Violations | Parameter Violated | Monitoring Required by Permit | Monitoring Actually Reported |
|---|---|---|---|
| May 12 - May 18, 2013 | Effluent *E. coli* monitoring | 5/week | 3/week |
| May 19 - May 25, 2013 | Effluent *E. coli* monitoring | 5/week | 4/week |
| May 1 - May 31, 2013 | Total Nitrogen monitoring | 2/month | 0/month |
| May 1 - May 31, 2013 | Total Phosphorus monitoring | 2/month | 0/month |
| May 1 - May 31, 2013 | Insoluble Total Kjeldahl Nitrogen monitoring | 2/month | 0/month |
| May 1 - May 31, 2013 | Insoluble Phosphorus monitoring | 2/month | 0/month |
| June 1 - June 30, 2013 | Total Nitrogen monitoring | 2/month | 0/month |
| June 1 - June 30, 2013 | Total Phosphorus monitoring | 2/month | 0/month |
| June 1 - June 30, 2013 | Insoluble Total Kjeldahl Nitrogen monitoring | 2/month | 0/month |
| June 1 - June 30, 2013 | Insoluble Phosphorus monitoring | 2/month | 0/month |
| April 1 - June 30, 2013 | Quarterly Influent Total Nitrogen mg/L monitoring | 1/quarter | 0/quarter |
| April 1 - June 30, 2013 | Quarterly Effluent Total Nitrogen mg/L monitoring | 1/quarter | 0/quarter |
| April 1 - June 30, 2013 | Quarterly Influent Total Phosphorus mg/L monitoring | 1/quarter | 0/quarter |
| April 1 - June 30, 2013 | Quarterly Effluent Total Phosphorus mg/L monitoring | 1/quarter | 0/quarter |
| April 1 - June 30, 2013 | Quarterly Total Nitrogen % removal monitoring | 1/quarter | 0/quarter |
| April 1 - June 30, 2013 | Quarterly Total Phosphorus % removal monitoring | 1/quarter | 0/quarter |
| April 1 - June 30, 2013 | Quarterly Effluent Total Nitrogen lb/day monitoring | 1/quarter | 0/quarter |
| April 1 - June 30, 2013 | Quarterly Effluent Total Phosphorus lb/day monitoring | 1/quarter | 0/quarter |
| July 1 - July 31, 2013 | Total Nitrogen monitoring | 2/month | 0/month |
| July 1 - July 31, 2013 | Total Phosphorus monitoring | 2/month | 0/month |
| July 1 - July 31, 2013 | Insoluble Total Kjeldahl Nitrogen monitoring | 2/month | 0/month |
| July 1 - July 31, | Insoluble Phosphorus monitoring | 2/month | 0/month |

| Date of Violations | Parameter Violated | Monitoring Required by Permit | Monitoring Actually Reported |
|---|---|---|---|
| 2013 | | | |
| August 1 - August 31, 2013 | Total Nitrogen monitoring | 2/month | 0/month |
| August 1 - August 31, 2013 | Total Phosphorus monitoring | 2/month | 0/month |
| August 1 - August 31, 2013 | Insoluble Total Kjeldahl Nitrogen monitoring | 2/month | 0/month |
| August 1 - August 31, 2013 | Insoluble Phosphorus monitoring | 2/month | 0/month |
| September 1 - September 30, 2013 | Total Nitrogen monitoring | 2/month | 0/month[5] |
| September 1 - September 30, 2013 | Total Phosphorus monitoring | 2/month | 0/month[6] |
| September 1 - September 30, 2013 | Insoluble Total Kjeldahl Nitrogen monitoring | 2/month | 0/month[7] |
| September 1 - September 30, 2013 | Insoluble Phosphorus monitoring | 2/month | 0/month[8] |
| July 1 - September 30, 2013 | Quarterly Influent Total Nitrogen mg/L monitoring | 1/quarter | 0/quarter |
| July 1 - September 30, 2013 | Quarterly Effluent Total Nitrogen mg/L monitoring | 1/quarter | 0/quarter |
| July 1 - September 30, 2013 | Quarterly Influent Total Phosphorus mg/L monitoring | 1/quarter | 0/quarter |
| July 1 - September 30, 2013 | Quarterly Effluent Total Phosphorus mg/L monitoring | 1/quarter | 0/quarter |
| July 1 - September 30, 2013 | Quarterly Total Nitrogen % removal monitoring | 1/quarter | 0/quarter |
| July 1 - September 30, 2013 | Quarterly Total Phosphorus % removal monitoring | 1/quarter | 0/quarter |
| July 1 - September 30, 2013 | Quarterly Effluent Total Nitrogen lb/day monitoring | 1/quarter | 0/quarter |
| July 1 - September 30, 2013 | Quarterly Effluent Total Phosphorus lb/day monitoring | 1/quarter | 0/quarter |
| October 1 - October 31, 2013 | Total Nitrogen monitoring | 2/month | 0/month |
| October 1 - October 31, 2013 | Total Phosphorus monitoring | 2/month | 0/month |

---

[5] Unavailable/missing pages.

[6] Unavailable/missing pages.

[7] Unavailable/missing pages.

[8] Unavailable/missing pages.

| Date of Violations | Parameter Violated | Monitoring Required by Permit | Monitoring Actually Reported |
|---|---|---|---|
| October 1 - October 31, 2013 | Insoluble Total Kjeldahl Nitrogen monitoring | 2/month | 0/month |
| October 1 - October 31, 2013 | Insoluble Phosphorus monitoring | 2/month | 0/month |

80. Each day of the period (daily, weekly, or monthly) of violations constitutes a separate violation of the permit and of the Clean Water Act.

81. The recurrent nature of these violations indicates that these violations are likely to continue. Plaintiff and its members have suffered damage and continue to suffer damage as a result of Defendant's actions described in this count. These actual and potential injuries have been, are being, and will continue to be caused by the illegal discharges from the sewage treatment plant and failure to accurately measure these discharges into waters of the United States. The relief sought herein will redress the harms to the Harpeth River Watershed Association and its members caused by Defendant's discharges. Their injuries will not be redressed except by an order from this Court requiring Defendant to take immediate and substantial action to accurately monitor the discharges of pollutants into the Harpeth River and to comply with such other relief as this Court deems necessary.

## COUNT 3: REPORTING AND DUTY TO REPORT NON-COMPLIANCE VIOLATIONS

82. Paragraphs 1-81 are hereby incorporated by reference as if rewritten in their entirety.

83. Defendant's own records submitted under oath to TDEC show that Defendant violated its NPDES permit's requirement to accurately report its operations and report any non-compliance. The column of the following chart labeled "*Month of Reporting Violation*" indicates the monthly reporting period during which the violation occurred; the "*Number of*

*Violations*" column identifies how many violations stem from the reporting failure; the "*Permit Requirement Violated*" column identifies whether the violation involves the duty to report noncompliance or the failure to properly report the monitoring of a particular effluent parameter; and the "*Explanation of Reporting Violation*" column provides additional information on the alleged violation from the MORs and DMRs submitted by Cartwright Creek. Failure to report is accounted for from December 2010 to the October 2013, due to the three year record retention requirement of Permit § 1.2.5.

| Dates of Violation | Permit Requirement Violated | Additional Detail of Violation |
|---|---|---|
| December 2010 | Overflow/Bypass Report | Bypass date unknown |
| December 2010 | Duty to Report Noncompliance | Monthly Total Suspended Solids % removal average; bypass |
| January 2011 | Duty to Report Noncompliance | Settleable solids monitoring (2 weeks) |
| February 2011 | Duty to Report Noncompliance | Settleable solids monitoring (1 week) |
| March 2011 | Duty to Report Noncompliance | Quarterly nutrient monitoring (8 violations) |
| April 2011 | Duty to Report Noncompliance | *E. coli* monitoring (4 weeks) |
| May 2011 | Duty to Report Noncompliance | Total Nitrogen & Total Phosphorus monitoring; Total Kjeldahl Nitrogen & Insoluble Phosphorus monitoring; Monthly Total Suspended Solids % removal average |
| June 2011 | Duty to Report Noncompliance | Total Phosphorus monitoring; quarterly nutrient monitoring (8 violations) |
| July 2011 | Duty to Report Noncompliance | Chlorine monitoring (1 week); settleable solids monitoring (2 weeks); chlorine daily mg/L maximum; Monthly Total Suspended Solids % removal average |
| August 1 – August 31, 2011 | Nutrient Management Plan submission requirement | |

| Dates of Violation | Permit Requirement Violated | Additional Detail of Violation |
|---|---|---|
| August 2011 | Duty to Report Noncompliance | Dissolved Oxygen monitoring (1 week); pH monitoring (1 week); chlorine monitoring (1 week); Total Kjeldahl Nitrogen & Insoluble Phosphorus monitoring; Nutrient Management Plan submission requirement |
| September 1 – September 30, 2011 | Nutrient Management Plan submission requirement | |
| September 2011 | Duty to Report Noncompliance | Influent & Effluent CBOD monitoring (2 weeks each); settleable solids monitoring (1 week); Dissolved Oxygen monitoring (1 week); chlorine monitoring (1 week); Ammonia as Nitrogen monitoring (1 week); Total Kjeldahl Nitrogen & Insoluble Phosphorus monitoring; quarterly nutrient monitoring (8 violations); Nutrient Management Plan submission requirement |
| October 1 – October 31, 2011 | Nutrient Management Plan submission requirement | |
| October 2011 | Duty to Report Noncompliance | Influent & Effluent CBOD monitoring (1 week each); Influent & Effluent Total Suspended Solids monitoring (1 week each); Dissolved Oxygen monitoring (2 weeks); pH monitoring (2 weeks); chlorine monitoring (1 week); settleable solids monitoring (1 week); Total Kjeldahl Nitrogen & Insoluble Phosphorus monitoring; Nutrient Management Plan submission requirement |
| November 1 – November 30, 2011 | Nutrient Management Plan submission requirement | |
| November 2011 | Duty to Report Noncompliance | Ammonia as Nitrogen monitoring (1 week); Dissolved Oxygen monitoring (1 week); pH monitoring (1 week); chlorine monitoring (1 week); *E. coli* monitoring (1 week); Influent & Effluent Total Suspended Solids monitoring (1 week each); Total Nitrogen & Total Phosphorus monitoring; Nutrient Management Plan submission requirement |

| Dates of Violation | Permit Requirement Violated | Additional Detail of Violation |
|---|---|---|
| December 1 – December 31, 2011 | Nutrient Management Plan submission requirement | |
| December 2011 | Duty to Report Noncompliance | Monthly Total Suspended Solids % removal average; Total Nitrogen & Total Phosphorus monitoring; quarterly nutrient monitoring (8 violations); annual Total Nitrogen; Nutrient Management Plan submission requirement |
| January 1 – January 31, 2012 | Nutrient Management Plan submission requirement | |
| January 2012, | Duty to Report Noncompliance | Chlorine daily mg/L maximum; Nutrient Management Plan submission requirement |
| February 1 – February 29, 2012 | Nutrient Management Plan submission requirement | |
| February 16 – February 29, 2012 | Nutrient Management Plan annual update (2012) | |
| February 2012 | Duty to Report Noncompliance | Influent & Effluent Total Suspended Solids monitoring (2 weeks each); *E. coli* monitoring (1 week); Dissolved Oxygen monitoring (1 week); Monthly Total Suspended Solids % removal average; Nutrient Management Plan submission requirement; Nutrient Management Plan annual update (2012) |
| March 1 – March 31, 2012 | Nutrient Management Plan submission requirement | |
| March 1 – March 31, 2012 | Nutrient Management Plan annual update (2012) | |
| March 2012 | Duty to Report Noncompliance | Influent & Effluent Total Suspended Solids monitoring (1 week each); chlorine monitoring (1 week); Total Nitrogen & Total Phosphorus monitoring; quarterly nutrient monitoring (8 violations); Nutrient Management Plan submission requirement; Nutrient Management Plan annual update (2012) |
| April 1 – April 30, 2012 | Nutrient Management Plan submission requirement | |

| Dates of Violation | Permit Requirement Violated | Additional Detail of Violation |
|---|---|---|
| April 1 – April 30, 2012 | Nutrient Management Plan annual update (2012) | |
| April 2012 | Duty to Report Noncompliance | Influent & Effluent Total Suspended Solids monitoring (1 week each); Dissolved Oxygen monitoring (1 week); chlorine daily mg/L maximum; Nutrient Management Plan submission requirement; Nutrient Management Plan annual update (2012) |
| May 1 – May 31 2012 | Nutrient Management Plan submission requirement | |
| May 1 – May 31, 2012 | Nutrient Management Plan annual update (2012) | |
| May 2012 | Duty to Report Noncompliance | Chlorine daily mg/L maximum; weekly Carbonaceous Biochemical Oxygen Demand lb/day average (2 weeks); monthly CBOD lb/day average; Monthly Total Nitrogen mg/L average; Total Kjeldahl Nitrogen & Insoluble Phosphorus monitoring; Nutrient Management Plan submission requirement; Nutrient Management Plan annual update (2012) |
| June 1 – June 30, 2012 | Nutrient Management Plan submission requirement | |
| June 1 – June 30, 2012 | Nutrient Management Plan annual update (2012) | |
| June 2012 | Duty to Report Noncompliance | Weekly Carbonaceous Biochemical Oxygen Demand lb/day average (2 weeks); Monthly Total Nitrogen mg/L average; Influent & Effluent Total Suspended Solids monitoring (1 week each); Total Kjeldahl Nitrogen & Insoluble Phosphorus monitoring; quarterly nutrient monitoring (8 violations); Nutrient Management Plan submission requirement; Nutrient Management Plan annual update (2012) |
| July 1 – July 31, 2012 | Nutrient Management Plan submission requirement | |
| July 1 – July 31, 2012 | Nutrient Management Plan annual update (2012) | |

| Dates of Violation | Permit Requirement Violated | Additional Detail of Violation |
|---|---|---|
| July 2012 | Duty to Report Noncompliance | Monthly Total Nitrogen mg/L average; *E. coli* monitoring (1 week); Total Kjeldahl Nitrogen & Insoluble Phosphorus monitoring; Nutrient Management Plan submission requirement; Nutrient Management Plan annual update (2012) |
| August 1 – August 31, 2012 | Nutrient Management Plan submission requirement | |
| August 1 – August 31, 2012 | Nutrient Management Plan annual update (2012) | |
| August 2012 | Duty to Report Noncompliance | Monthly Total Nitrogen mg/L average; *E. coli* monitoring (1 week); Total Kjeldahl Nitrogen & Insoluble Phosphorus monitoring; Nutrient Management Plan submission requirement; Nutrient Management Plan annual update (2012) |
| September 1 – September 30, 2012 | Nutrient Management Plan submission requirement | |
| September 1 – September 30 2012 | Nutrient Management Plan annual update (2012) | |
| September 2012 | Duty to Report Noncompliance | Monthly Total Nitrogen mg/L average; Influent & Effluent Total Suspended Solids monitoring (1 week each); chlorine monitoring (1 week); Total Kjeldahl Nitrogen & Insoluble Phosphorus monitoring; quarterly nutrient monitoring (8 violations); Nutrient Management Plan submission requirement; Nutrient Management Plan annual update (2012) |
| October 1 – October 31, 2012 | Nutrient Management Plan submission requirement | |
| October 1 – October 31, 2012 | Nutrient Management Plan annual update (2012) | |

| Dates of Violation | Permit Requirement Violated | Additional Detail of Violation |
|---|---|---|
| October 2012 | Duty to Report Noncompliance | Monthly Total Nitrogen mg/L average; *E. coli* monitoring (1 week); Total Kjeldahl Nitrogen & Insoluble Phosphorus monitoring; Nutrient Management Plan submission requirement; Nutrient Management Plan annual update (2012) |
| November 1 – November 30, 2012 | Nutrient Management Plan submission requirement | |
| November 1 – November 30, 2012 | Nutrient Management Plan annual update (2012) | |
| November 2012 | Duty to Report Noncompliance | Influent & Effluent Total Suspended Solids monitoring (1 week each); Nutrient Management Plan submission requirement; Nutrient Management Plan annual update (2012) |
| December 1 – December 31, 2012 | Nutrient Management Plan submission requirement | |
| December 1 – December 31, 2012 | Nutrient Management Plan annual update (2012) | |
| December 2012 | Duty to Report Noncompliance | Weekly Total Suspended Solids lb/day average (1 week); Monthly Total Suspended Solids % removal average; settleable solids monitoring (1 week); Dissolved Oxygen monitoring (1 week); pH monitoring (1 week); chlorine monitoring (1 week); *E. coli* monitoring (1 week); quarterly nutrient monitoring (8 violations); annual Total Nitrogen; Nutrient Management Plan submission requirement; Nutrient Management Plan annual update (2012) |
| January 1 – January 31, 2013 | Nutrient Management Plan submission requirement | |
| January 1 – January 31, 2013 | Nutrient Management Plan annual update (2012) | |

| Dates of Violation | Permit Requirement Violated | Additional Detail of Violation |
|---|---|---|
| January 2013 | Duty to Report Noncompliance | Daily Total Suspended Solids % removal minimum (2 days); Monthly Total Suspended Solids % removal average; Total P monitoring; Nutrient Management Plan submission requirement; Nutrient Management Plan annual update (2012) |
| February 1 – February 28, 2013 | Nutrient Management Plan submission requirement | |
| February 1 – February 28, 2013 | Nutrient Management Plan annual update (2012) | |
| February 16 – February 28, 2013 | Nutrient Management Plan annual update (2013) | |
| February 2013 | Duty to Report Noncompliance | Monthly Total Suspended Solids % removal average; settleable solids monitoring (2 weeks); chlorine monitoring (1 week); Total Nitrogen & Total Phosphorus monitoring; Nutrient Management Plan submission requirement; Nutrient Management Plan annual update (2012 & 2013) |
| March 1 – March 31, 2013 | Nutrient Management Plan submission requirement | |
| March 1 – March 31, 2013 | Nutrient Management Plan annual update (2012) | |
| March 1 – March 31, 2013 | Nutrient Management Plan annual update (2013) | |
| March 2013 | Overflow/Bypass Report | Dry weather overflow date unknown |
| March 2013 | Duty to Report Noncompliance | Monthly Total Suspended Solids % removal average; *E. coli* monitoring (1 week); settleable solids monitoring (1 week); Total Nitrogen & Total Phosphorus monitoring; quarterly nutrient monitoring (8 violations); Nutrient Management Plan submission requirement; Nutrient Management Plan annual update (2012 & 2013) |

| Dates of Violation | Permit Requirement Violated | Additional Detail of Violation |
|---|---|---|
| April 1 – April 30, 2013 | Nutrient Management Plan submission requirement | |
| April 1 – April 30, 2013 | Nutrient Management Plan annual update (2012) | |
| April 1 – April 30, 2013 | Nutrient Management Plan annual update (2013) | |
| April 2013 | Duty to Report Noncompliance | Total Nitrogen & Total Phosphorus monitoring; Nutrient Management Plan submission requirement; Nutrient Management Plan annual update (2012 & 2013) |
| May 1- May 31 2013 | Nutrient Management Plan submission requirement | |
| May 1- May 31, 2013 | Nutrient Management Plan annual update (2012) | |
| May 1- May 31, 2013 | Nutrient Management Plan annual update (2013) | |
| May 2013 | Overflow/Bypass Report | Dry weather bypass; DMR notes algae in effluent on May 14 with no additional detail |
| May 2013 | Duty to Report Noncompliance | Daily Total Suspended Solids % removal (1 day); *E. coli* monitoring (2 weeks); Total Nitrogen & Total Phosphorus monitoring; Total Kjeldahl Nitrogen & Insoluble Phosphorus monitoring; Nutrient Management Plan submission requirement (8 violations); Nutrient Management Plan annual update (2012 & 2013) |
| June 1 – June 30, 2013 | Nutrient Management Plan submission requirement | |
| June 1 – June 30, 2013 | Nutrient Management Plan annual update (2012) | |
| June 1 – June 30, 2013 | Nutrient Management Plan annual update (2013) | |

| Dates of Violation | Permit Requirement Violated | Additional Detail of Violation |
|---|---|---|
| June 2013 | Duty to Report Noncompliance | Total Nitrogen & Total Phosphorus monitoring; Total Kjeldahl Nitrogen & Insoluble Phosphorus monitoring; quarterly nutrient monitoring (8 violations); Nutrient Management Plan submission requirement; Nutrient Management Plan annual update (2012 & 2013) |
| July 1 – July 31, 2013 | Nutrient Management Plan submission requirement | |
| July 1 – July 31, 2013 | Nutrient Management Plan annual update (2012) | |
| July 1 – July 31, 2013 | Nutrient Management Plan annual update (2013) | |
| July 2013 | Duty to Report Noncompliance | Total Nitrogen & Total Phosphorus monitoring; Total Kjeldahl Nitrogen & Insoluble Phosphorus monitoring; Nutrient Management Plan submission requirement; Nutrient Management Plan annual update (2012 & 2013) |
| August 1 – August 31, 2013 | Nutrient Management Plan submission requirement | |
| August 1 – August 31, 2013 | Nutrient Management Plan annual update (2012) | |
| August 1 – August 31, 2013 | Nutrient Management Plan annual update (2013) | |
| August 2013 | Duty to Report Noncompliance | Total Nitrogen & Total Phosphorus monitoring; Total Kjeldahl Nitrogen & Insoluble Phosphorus monitoring; Nutrient Management Plan submission requirement; Nutrient Management Plan annual update (2012 & 2013) |
| September 1 – September 30, 2013 | Nutrient Management Plan submission requirement | |
| September 1 – September 30, 2013 | Nutrient Management Plan annual update (2012) | |

| Dates of Violation | Permit Requirement Violated | Additional Detail of Violation |
|---|---|---|
| September 1 – September 30, 2013 | Nutrient Management Plan annual update (2013) | |
| September 2013 | Duty to Report Noncompliance | D.O. mg/L daily min.; Total Nitrogen & Total Phosphorus monitoring; Total Kjeldahl Nitrogen & Insoluble Phosphorus monitoring; Nutrient Management Plan submission requirement; Nutrient Management Plan annual update (2012 & 2013); |
| October 1 – October 31, 2013 | Nutrient Management Plan submission requirement | |
| October 1 – October 31, 2013 | Nutrient Management Plan annual update (2012) | |
| October 1 – October 31, 2013 | Nutrient Management Plan annual update (2013) | |
| October 2013 | Duty to Report Noncompliance | Total Nitrogen & Total Phosphorus monitoring; Total Kjeldahl Nitrogen & Insoluble Phosphorus monitoring; Nutrient Management Plan submission requirement; Nutrient Management Plan annual update (2012 & 2013) |

84. Each reporting violation and each failure to report non-compliance constitutes a separate violation of the permit and the Clean Water Act.

85. Plaintiff and its members have suffered damage and continue to suffer damage as a result of Defendant's actions described in this count. These actual and potential injuries have been, are being, and will continue to be caused by the failure to accurately report the discharges from the sewage collection system into waters of the United States. The relief sought herein will redress the harms to the Harpeth River Watershed Association and its members caused by Defendant's discharges. Their injuries will not be redressed except by an order from this Court

requiring Defendant to take immediate and substantial action to accurately report its operations and to comply with such other relief as this Court deems necessary.

## COUNT 4: INACCURATE MEASUREMENT AND FLOW MONITORING

86.     Paragraphs 1-85 are hereby incorporated by reference as if rewritten in their entirety.

87.     Defendant has violated and continues to violate Permit §1.1 and § 1.2.1, which states, "Appropriate flow measurement devices and methods consistent with accepted scientific practices shall be selected and used to insure the accuracy and reliability of measurements of the volume of monitored discharges. The devices shall be installed, calibrated and maintained to insure that the accuracy of the measurements is consistent with accepted capability of that type of device. Devices selected shall be capable of measuring flows with a maximum deviation of less than plus or minus 10% from the true discharge rates throughout the range of expected discharge volumes." *Accord Cartwright Creek NPDES Permit* § 1.3.6 (2010) ("The permittee must use the correct detection levels in all analytical testing required in the permit.").

88.     Defendant has violated and continues to violate Permit § 2.1.4, which instructs that, "The permittee shall at all times properly operate and maintain all facilities and systems (and related appurtenances) for collection and treatment which are installed or used by the permittee to achieve compliance with the terms and conditions of this permit. Proper operation and maintenance also includes adequate laboratory and process controls and appropriate quality assurance procedures." *Cartwright Creek NPDES Permit* § 2.1.4(a) (2010). *Accord* Tenn. R. & Regs. 400-40-05-.07(2)(c) (2014).

89.     Defendant's permit requires it to accurately monitor its influent raw wastewater and treated effluent flows, and it must do so continuously seven days per week. *Cartwright Creek NPDES Permit* § 1.1 (2010). *See also* Rationale § R7.1 (Flow).

90.     This is important because flow is monitored and used to calculate contaminant mass loading rates." *Rationale* § R7.1 (Flow).

91.     For years, the influent data reported by Cartwright Creek to TDEC were unreliable because the operator put a "contraption" in the headworks chamber. Although the trashcan over the influent sampler was removed in 2011, Cartwright Creek continues to have a very serious and significant Inflow and Infiltration ("I/I") problem.

92.     I/I refers to excess water in the sewer system, usually related to an aging infrastructure that needs maintenance or replacement. One effect of I/I is that, because of too much dilution, the treatment system cannot remove enough Total Suspended Solids or Biochemical Oxygen Demand to meet a permit requirements (such as percentage removal or pounds per day). As a result, an I/I problem may mask significant violations of a permittee's effluent limitations. On average, flow through this sewage treatment plant is double its design capacity.

93.     Because of the I/I problem, Cartwright Creek's data are questionable, suggesting additional permit violations.

94.     In other words, due to Defendant's inaccurate flow measuring capacity, it not presently possible to determine with accuracy the amounts of pollutants discharged.

95.     Since at least 2001 if not earlier, Defendant's influent sampling data have been and continue to be inaccurate.

96.     Each day that Defendant operates its plant without an accurate flow mechanism is a separate violation of its permit and of the Clean Water Act and implicates the effluent limitations and related reporting violations. Such violations are likely to continue. Plaintiff and its members have suffered damage and continue to suffer damage as a result of Defendant's actions described in this count. These actual and potential injuries have been, are being, and will continue to be caused by the inaccurate measurement of pollutants into waters of the United States. The relief sought herein will redress the harms to the Harpeth River Watershed Association and its members caused by Defendant's discharges. Their injuries will not be redressed except by an order from this Court requiring Defendant to take immediate and substantial action to accurately determine the character of its discharges of pollutants into the Harpeth River and to comply with such other relief as this Court deems necessary.

## COUNT 5: FAILURE TO DEVELOP OR IMPLEMENT
## A NUTRIENT MANAGEMENT PLAN

97.     Paragraphs 1-96 are hereby incorporated by reference as if rewritten in their entirety.

98.     Defendant has failed to develop or implement a Nutrient Management Plan ("NMP") pursuant to the requirements of Permit § 3.5 and Attachment 1.

99.     Defendant's Nutrient Management Plan was supposed to have been submitted within nine months of the permit's effective date. Defendant has also been required to update the report each year by February 15.

100.    Defendant's permit was never amended or modified to remove the duty to develop and implement a Nutrient Management Plan according to Permit § 3.5 and Attachment 1.

101. Defendant did not prepare or implement a plan pursuant to Permit § 3.5 and Attachment 1, nor did it submit reports related to the Nutrient Management Plan to TDEC in February 2012, February 2013, or February 2014.

102. Each day Defendant has operated without a Nutrient Management Plan is a separate violation of the permit and of the Clean Water Act, and each failure to report on its Nutrient Management Plan to TDEC is a separate violation of the Clean Water Act.

103. This violation is likely to continue. Plaintiff and its members have suffered damage and continue to suffer damage as a result of Defendant's actions described in this count. These actual and potential injuries have been, are being, and will continue to be caused by the permit non-compliance that would limit pollutants into waters of the United States. The relief sought herein will redress the harms to the Harpeth River Watershed Association and its members caused by Defendant's discharges. Their injuries will not be redressed except by an order from this Court requiring Defendant to take immediate and substantial action to stop the excessive discharge of pollutants into the Harpeth River and to comply with such other relief as this Court deems necessary.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court:

a. Issue service of process issue as authorized by law;

b. Issue a declaratory judgment stating that Defendant has violated and is continuing to violate the Clean Water Act with its recurring illegal discharges into the Harpeth River;

c. Order injunctive relief that temporarily and permanently enjoins Defendant from committing any further violations of the Clean Water Act or other

applicable laws, requires Defendant to remove or otherwise remedy the discharges and damage to waters of the United States, and ensured that Defendant will come into compliance and remain in compliance with applicable laws and regulations, by ordering that Defendant:

      i.      Develop and implement a Nutrient Management Plan;

      ii.      Establish a compliance schedule for limiting overflows, adopt a proactive approach to identifying overflow, and establish a public awareness mechanism for overflows, such as reporting them on Defendant's website;

      iii.      Install new flow meter(s);

      iv.      Establish a uniform protocol for monitoring and sampling;

      v.      Establish programs to ensure future compliance, such as a Capacity, Management, Operation and Maintenance (CMOM) Programs, like those listed in EPA's § 308 Evaluation: Mapping Program, Grease Control Program, Capacity Assurance Program, Preventative Maintenance and Inspection Programs, Standard operating procedures (SORP) (*e.g.*, Sewage Overflow Response Plan);

      vi.      Order Defendant to conduct additional monitoring to remedy, reduce, or offset the harm caused by its failure to implement a nutrient management plan for the last four years, leaving the State of Tennessee and the public without years' of data to understand the impact of Defendant's past conduct on the Harpeth River;

      vii.      Order Defendant to allow third-party inspection of the operation and testing; and

viii.    Require  Defendant  to  design  and  install  adequate  control
technology to abate the continuing discharges of pollutants;

d.    Assess civil penalties against Defendant of up to $37,500 per violation per
day pursuant to 33 U.S.C. §§ 1319(d), 1365(a), and 40 C.F.R. § 19.4, as the Court deems
necessary;

e.    Order an award of litigation costs, including reasonable attorneys' fees
and expert witness fees, to Plaintiff pursuant to 33 U.S.C. § 1365(d); and

f.    Order such other and further relief as this Court deems just and equitable.


Respectfully submitted this 28TH day of August 2014,


DELTA ANNE DAVIS
BPR No. 010211
Managing Attorney
SOUTHERN ENVIRONMENTAL LAW CENTER
2 Victory Avenue, Suite 500
Nashville, TN 37213
adavis@selctn.org
(615) 921-9470
(615) 921-8011 [Facsimile]


ANNE E. PASSINO
BPR No. 027456
Staff Attorney
SOUTHERN ENVIRONMENTAL LAW CENTER
2 Victory Avenue, Suite 500
Nashville, TN 37213
apassino@selctn.org
(615) 921-9470
(615) 921-8011 [Facsimile]

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this Complaint has been served via electronic mail and first class U.S. mail to:

Henry M. Walker
Bradley Arant Boult Cummings LLP
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203

Christopher A. Bowles
Bradley Arant Boult Cummings LLP
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203

_____
DELTA ANNE DAVIS