IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HARPETH RIVER WATERSHED ASSOCIATION | ) ) ) NO. 3-14-1772 |
| v. | ) JUDGE CAMPBELL ) |
| CARTWRIGHT CREEK LLC | ) |

ORDER

In light of the Notice of Lodging of Proposed Consent Decree (Docket No. 2), the parties shall file a Status Report with the Court by October 17, 2014.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE